# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00071-CV

### C. W., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

**FROM THE 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY
NO. 20-0008-CPS425, THE HONORABLE BETSY F. LAMBETH, JUDGE PRESIDING**

---

## O R D E R

**PER CURIAM**

Appellant C. W. filed her notice of appeal on February 8, 2021. The appellate record was complete on March 1, 2021, making appellant's brief due on March 22, 2021. To date, appellant's brief has not been filed.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore, we order Ernest J. Alderete to file appellant's brief no later than April 12, 2021. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on March 24, 2021.

Before Justices Goodwin, Triana, and Kelly